**FILED**
MAR 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 3:25 CR 79 |
| ) | JUDGE KNEPP |
| v. ) | CASE NO. _____ MAGISTRATE JUDGE CLAY |
| ) | Title 18, United States Code, |
| TYLER LOOFBOURROW, ) | Sections 922(g)(9) and 924(a)(8) |
| ) | |
| Defendant. ) | |

### COUNT 1
(Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury charges:

1. On or about October 1, 2024, in the Northern District of Ohio, Western Division, the defendant TYLER LOOFBOURROW, knowing he had previously been convicted of a misdemeanor crime of domestic violence on or about February 21, 2024 in Toledo Municipal Court case number CRB-23-12193, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Glock 21 .45 caliber semiautomatic pistol bearing serial number AFGX782 and .45 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

### FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing


ORIGINAL

offense, Defendant TYLER LOOFBOURROW shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.